UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARGARET ELAINE BELKNAP,

    Petitioner,

v.

JOHN D SNAZA.

    Respondent.

CASE NO. C14-5073 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court dismisses this petition for lack of subject matter jurisdiction because petitioner was not in custody at the time the petition was filed.

(3)    The Court will not issue a certificate of appealability.

DATED this 18th day of June, 2014.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1